July 12, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

JEMALATHA VIJAYAN, M.D., Appellant

NO. 14-11-00997-CV                    V.

PAUL JOSEPH, Appellee
_____

This cause, an appeal from the trial court's order in favor of appellee, Paul Joseph, signed September 30, 2011, was heard on the transcript of the record. We have inspected the record and find error in the trial court's order. We therefore order the order of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

We order appellee, Paul Joseph, to pay all costs incurred in this appeal. We further order this decision certified below for observance.